AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| FOOTHILLS IP LLC *Plaintiff(s)* v. CLOUD IMPERIUM GAMES, LLC, and CLOUD IMPERIUM GAMES TEXAS, LLC *Defendant(s)* | Civil Action No. 6:22-cv-01082 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLOUD IMPERIUM GAMES TEXAS, LLC
c/o Registered Agent
Paracorp Incorporated
14001 W. Hwy. 29
Suite 102
Liberty Hill, Texas 78642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SERVICE RETURN ATTACHED*

CLERK OF COURT

Date: October 14, 2022

Suzanne Miles
*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-01082

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                          *Server's signature*

                          _____
                          *Printed name and title*

[SERVICE RETURN ATTACHED]

_____
*Server's address*

**ATX Process, LLC**
**604 West 9th Street**
**Suite B**
**Austin, TX 78701**

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 6:22-CV-01082

Plaintiff:
**Foothills IP LLC**

vs.

Defendant:
**Cloud Imperium Games, LLC, et al.**

For:
Ramey & Schwaller, LLP
5020 Montrose Blvd.
Suite 800
Houston, TX 77006

Received by Ryan McDonald on the 17th day of October, 2022 at 4:00 pm to be served on **Cloud Imperium Games Texas, LLC c/o Registered Agent, Paracorp Incorporated, 14001 W. Hwy 29, Suite 102, Liberty Hill, Williamson County, TX 78642.**

I, Ryan McDonald, being duly sworn, depose and say that on the **18th day of October, 2022 at 2:31 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Original Complaint for Patent Infringement, Exhibit A, and Exhibit B** with the date of delivery endorsed thereon by me, to **Sabrina H., Paracorp Incorporated** as the designated agent to accept delivery of process at the address of **14001 W. Hwy 29, Suite 102, Liberty Hill, Williamson County, TX 78642** on behalf of **Cloud Imperium Games Texas, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 19th day of October, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Daniela Galvan
My Commission Expires
05-02-2024
D No. 132470912

Ryan McDonald
PSC - 14980, Exp. 5/31/2024

Date: 10/19/22

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2022011835
Ref: Foothills IP LLC v. Cloud Imperium Games