## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| FOOTHILLS IP LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 6:22-cv-01082 |
| CLOUD IMPERIUM GAMES, LLC AND CLOUD IMPERIUM GAMES TEXAS, LLC, | ) |
| Defendants. | ) |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendants Cloud Imperium Games LLC and Cloud Imperium Games Texas LLC ("Defendants" "or "Cloud") hereby move for a 30-day extension to answer or otherwise respond to Plaintiff Foothills IP LLC's ("Foothills") Complaint for Patent Infringement.

Foothills filed its Complaint in this case on October 14, 2022 (Dkt. 1), and served Cloud on October 18, 22 (Dkt. 7). Cloud's current deadline to answer or otherwise respond to Foothills' Complaint is therefore November 8, 2022 (*Id.*). Cloud recently engaged undersigned counsel to defend it in this matter. Accordingly, counsel for Cloud met and conferred with counsel for Foothills to request additional time for Cloud to answer or otherwise respond to Foothills' Complaint. Foothills is unopposed to the requested extension.

With a 30-day extension, Cloud's answer or other response would be due December 8, 2022. This motion is not being brought for the purpose of delay, but so that justice may be done.

Accordingly, Cloud requests that the Court grant this motion and enter the attached proposed Order.

Dated: November 7, 2022

Respectfully submitted,

*/s/ Ben Bernell*

Ben Bernell (TX Bar No. 24059451)
Edward A. Cavazos (TX Bar No. 00787223)
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, TX  78701-3797
Tel: 512.580.9600 / Fax: 512.580.9601
Email: ben.bernell@pillsburylaw.com

*Attorneys for Defendants
Cloud Imperium Games LLC and Cloud
Imperium Games Texas LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 7, 2022.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ben Bernell
　　　　　　　　　　　　　　　　　　　　　　　Ben Bernell

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Cloud met and conferred in good faith with counsel for Foothills concerning the relief requested herein. Counsel for Foothills is unopposed to the relief requested.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ben Bernell
　　　　　　　　　　　　　　　　　　　　　　　Ben Bernell