UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FOOTHILLS IP LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLOUD IMPERIUM GAMES, LLC AND )<br>CLOUD IMPERIUM GAMES TEXAS, LLC, )<br>Defendant. )<br>) | Civil Action No. 6:22-cv-01082 |

## **ORDER**

Before the Court is Defendants Cloud Imperium Games LLC and Cloud Imperium Games Texas LLC's ("Cloud") unopposed motion for an extension of until December 8, 2022, to answer or otherwise respond to Plaintiff Foothills IP LLC's Complaint for Patent Infringement. The Court having reviewed the Motion, finds it should be GRANTED and therefore orders as follows:

IT IS ORDERED that the deadline for Cloud to answer or otherwise respond is extended until December 8, 2022.

Dated: November 7, 2022

_____
UNITED STATES DISTRICT JUDGE