IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **FOOTHILLS IP LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 6:22-cv-01082-XR |
| v. | ) | |
| | ) | |
| **CLOUD IMPERIUM GAMES, LLC** | ) | JURY TRIAL DEMANDED |
| **AND CLOUD IMPERIUM GAMES** | ) | |
| **TEXAS, LLC,** | ) | |
| **Defendant.** | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISSE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Foothills IP, LLC ("Foothills" or "Plaintiff") files this Unopposed Motion for Extension of Time for Defendant, Cloud Imperium Games, LLC, and Cloud Imperium Games Texas, LLC ("Cloud Imperium" or "Defendant") to Respond to Complaint and respectfully shows the following:

Plaintiff filed its Complaint on October 14, 2022 (Dkt. No. 1) and served Defendant on October 18, 2022. Defendant's response was due November 8, 2022. Defendant requests a 30-day extension to respond on or before December 8, 2022, and filed an Unopposed Motion for an Extension of Time to Answer or Otherwise Respond (Dkt. No. 8). Defendant has requested a subsequent 30-extension; Plaintiff does not oppose this request.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to January 9, 2023.

Respectfully Submitted

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III

                Texas Bar No. 24027643  
                5020 Montrose Blvd., Suite 800  
                Houston, Texas 77006  
                (713) 426-3923 (telephone)  
                (832) 900-4941 (fax)  
                wramey@rameyfirm.com

***Attorneys for Foothills IP, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, counsel for Plaintiff, conferred with counsel for defendant on December 5, 2022. Plaintiff is unopposed to the extension.

                */s/ William P. Ramey, III*  
                William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 5, 2022, with a copy of the foregoing via email.

                */s/ William P. Ramey, III*  
                William P. Ramey, III