**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **FOOTHILLS IP LLC,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-01082-XR |
| **v.** ) | |
| ) | |
| **CLOUD IMPERIUM GAMES, LLC** ) | **JURY TRIAL DEMANDED** |
| **AND CLOUD IMPERIUM GAMES** ) | |
| **TEXAS, LLC,** ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISSE RESPOND**
**TO PLAINTIFF'S ORIGINAL COMPLAINT**

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Original Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to January 9, 2023.

SIGNED this _____ day of _____ 2022.

_____
HONORABLE JUDGE PRESIDING