UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FOOTHILLS IP LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 6:22-cv-01082 |
| ) | |
| CLOUD IMPERIUM GAMES, LLC AND ) | |
| CLOUD IMPERIUM GAMES TEXAS, LLC, ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants Cloud Imperium Games LLC and Cloud Imperium Games Texas LLC ("Defendants" "or "Cloud") hereby move for a 30-day extension to answer or otherwise respond to Plaintiff Foothills IP LLC's ("Foothills") Complaint for Patent Infringement.

Foothills filed its Complaint in this case on October 14, 2022 (Dkt. 1). The parties have previously sought, and the Court previously granted, extensions of time for Cloud to answer Foothills' Compliant. *See* (Dkt. 9, 10). Cloud's current deadline to answer or otherwise respond to Foothills' Complaint is February 8, 2023. (*Id.*).

Foothills and the provider of the technology underlying Foothills' claims of infringement in this case are currently in discussions in an attempt to resolve this dispute. In order to allow those discussions to unfold, counsel for Cloud met and conferred with counsel for Foothills to request additional time for Cloud to answer or otherwise respond to Foothills' Complaint. Foothills is unopposed to the requested extension.

With a 30-day extension, Cloud's answer or other response would be due March 10, 2023. This motion is not being brought for the purpose of delay, but so that justice may be done.

Accordingly, Cloud requests that the Court grant this motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: February 6, 2023 | Respectfully submitted,<br><br>*/s/ Ben Bernell*<br><br>Ben Bernell (TX Bar No. 24059451)<br>Edward A. Cavazos (TX Bar No. 00787223)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>401 Congress Avenue, Suite 1700<br>Austin, TX  78701-3797<br>Tel: 512.580.9600 / Fax: 512.580.9601<br>Email: ben.bernell@pillsburylaw.com<br><br>*Attorneys for Defendants*<br>*Cloud Imperium Games LLC and Cloud*<br>*Imperium Games Texas LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2023.

/s/ Ben Bernell
Ben Bernell

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Cloud met and conferred in good faith with counsel for Foothills concerning the relief requested herein. Counsel for Foothills is unopposed to the relief requested.

/s/ Ben Bernell
Ben Bernell