# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FOOTHILLS IP LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 6:22-cv-01082 |
| CLOUD IMPERIUM GAMES, LLC AND CLOUD IMPERIUM GAMES TEXAS, LLC, Defendant. | ) ) ) ) ) |

## **ORDER**

Before the Court is Defendants Cloud Imperium Games LLC and Cloud Imperium Games Texas LLC's ("Cloud") unopposed motion for an extension of until March 10, 2023, to answer or otherwise respond to Plaintiff Foothills IP LLC's Complaint for Patent Infringement. The Court having reviewed the Motion, finds it should be GRANTED and therefore orders as follows:

IT IS ORDERED that the deadline for Cloud to answer or otherwise respond is extended until March 10, 2023.

Dated: February 6, 2023

_____
UNITED STATES DISTRICT JUDGE