**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **FOOTHILLS IP LLC,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-01082-XR |
| **v.** ) | |
| ) | |
| **CLOUD IMPERIUM GAMES, LLC** ) | JURY TRIAL DEMANDED |
| **AND CLOUD IMPERIUM GAMES** ) | |
| **TEXAS, LLC,** ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISSE RESPOND
TO PLAINTIFF'S ORIGINAL COMPLAINT**

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Original Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to May 10, 2023.

SIGNED this _____ day of _____ 2022.

_____
HONORABLE JUDGE PRESIDING