UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FOOTHILLS IP, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. W-22-CV-01082-XR |
| | § | |
| CLOUD IMPERIUM GAMES, LLC, | § | |
| CLOUD IMPERIUM GAMES TEXAS, LLC, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

The Court has been informed that the parties are working to finalize a settlement agreement. ECF No. 14. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court hereby vacates all remaining deadlines and settings, including trial, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **June 9, 2023**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so **ORDERED**.

**SIGNED** May 9, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE