# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **FOOTHILLS IP LLC,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-01082-XR |
| v. ) | |
| ) | |
| **CLOUD IMPERIUM GAMES, LLC** ) | |
| **AND CLOUD IMPERIUM GAMES** ) | |
| **TEXAS, LLC,** ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Foothills IP LLC, hereby files this notice of voluntary dismissal of this action for all of Plaintiff's claims. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: May 31, 2023

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for FOOTHILLS IP LLC,*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendant on May 30, 2023, and Defendant is not opposed to dismissal.

/s/ William P. Ramey, III

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that May 31, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III